# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE JUNG,<br><br>        Petitioner,<br><br>    v.<br><br>JOHN MARSHAL, Warden,<br><br>        Respondent. | Case No. CV 10-1732-AHM (JEM)<br><br>**JUDGMENT** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    **IT IS HEREBY ADJUDGED** that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: September 26, 2011

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

JS-6